# INITIAL APPEARANCE CALENDAR

Magistrate Judge : __**Roanne L. Mann**__   Date: __**06/11/2020**__

Magistrate Case Number: __**20-MJ-431**__   LOG #: _____

Defendant's Name: __**Michael Rodriguez**__

__X__ Court appointed counsel.   ____ Defendant retained counsel.

Defense Counsel: __**Kannan Sundaram**__   CJA: ___   FDNY: __X__   RET: ___

A.U.S.A. __**Michael Bushwack**__   Clerk : __M. Sica__

Interpreter : _____   Language: _____

Court Reporter: Nikki Barna

__X__ ARRAIGNMENT on Complaint held.   __X__ Government Agent Sworn

____ DETENTION HEARING Held:   ____ Government opposed bail for reasons stated on the record.

____ Bond set at _____.   ____ Bond set on consent of both parties.

Defendant : ____ released   ____ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

__X__ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__X__ Preliminary Hearing set for: _6/25/2020 @ 10:30am_ ; or ____ waived by defendant

____ Status Conference set for: _____ before Judge _____

__X__ medical memo issued.

____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

   ____ Identity hearing held. Court ____ orders removal ____ denies removal

   ____ Defendant waives: ____ identity hearing ____ preliminary hearing

   ____ Identity/ Removal Hearing set for: _____

   ____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: __The Preliminary hearing will be hosted by the Chambers of Magistrate Mann__

__All Parties agreed to have this proceeding held via Skype/telephonically.__